IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03098-MEH

KRIS OLSON,

    Plaintiff,

v.

PENSKE LOGISTICS, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 15, 2015.**

    The Joint Motion for Entry of Protective Order [filed January 15, 2015; docket #28] is **denied without prejudice**. The Court declines to adopt the proposed protective order; at paragraph 11, the parties propose, "... it shall be the obligation of the party *challenging* the designation of the information as Confidential Material to file an appropriate motion...." Motion at 5 (emphasis added). However, the paragraph also provides, "In connection with a motion filed under this provision, the party *designating* the information as Confidential Material shall bear the burden of establishing that good cause exists...." *Id.* (emphasis added). The Court finds that, consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), the party having the burden of proof should have the obligation to file a motion and the opportunity to reply to any arguments made in opposition.

    The parties may re-file their motion with a proposed protective order that conforms to this order.