IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03098-MEH

KRIS OLSON,

    Plaintiff,

v.

PENSKE LOGISTICS, LLC,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 26, 2015.**

    The Amended Joint Motion for Entry of Protective Order [filed January 22, 2015; docket #31] is **granted**. The proposed Protective Order is accepted and filed contemporaneously with this minute order.