IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03098-MEH

KRIS OLSON,

    Plaintiff,

v.

PENSKE LOGISTICS, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 13, 2015.**

    Defendant's Motion to Amend Scheduling Order [filed February 12, 2015; docket #34] is **granted**. Although the Court acknowledges that the Plaintiff opposes the motion, the Court finds a request for a brief two-week extension to investigate potential claims is reasonable. However, this order may not be construed as ruling on the propriety of the proposed claims themselves. Accordingly, the Scheduling Order is modified as follows:

Deadline for joinder of parties and amendment of pleadings:    February 26, 2015

All other deadlines and conference dates remain the same.