IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03098-MEH

KRIS OLSON,

    Plaintiff,

v.

PENSKE LOGISTICS, LLC,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 2, 2015.**

    Defendant's [Unopposed] Motion to Amend Scheduling Order and Extend Discovery Cutoff [filed June 2, 2015; docket #37] is **granted**. For good cause shown, the Scheduling Order is modified as follows:

Discovery cutoff:    June 16, 2015

All other deadlines and conference dates remain the same. The Court reminds the parties to ensure the caption, including the proper judge's initials, is correct on all filings.