IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:14-cv-03098-MEH | Date: | June 30, 2015 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

KRIS OLSON                                                           Sara Green

   Plaintiffs,

v.

PENSKE LOGISTICS, LLC                                   Thomas Carroll

   Defendant.

**COURTROOM MINUTES**
**MOTION HEARING**

**2:03 p.m.**     **Court in session.**

Court calls case. Appearances of counsel.

**ORDERED**:

[36] MOTION to Compel *Answers and Responses to Penske's First Set of Discovery Requests* is GRANTED IN PART AND DENIED IN PART.

MOTION for fees is DENIED.

Dispositive Motion deadline is reset to August 1, 2015.

**3:24 p.m.**     **Court in recess.**     Hearing concluded.
Total in-court time     01:21

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.